DANIEL L. NASH
JOEL M. COHN
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dnash@akingump.com
jcohn@akingump.com

ESTELA DIAZ
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002
ediaz@akingump.com

*Attorneys for Ernst & Young LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE SUTHERLAND, on behalf of herself and all others similarly situated,<br><br>                             Plaintiff,<br><br>                v.<br><br>ERNST & YOUNG LLP,<br><br>                            Defendant. | Civ. Action No. 10-CV-3332 (KMW)<br><br>**DECLARATION OF DEA REECE** |

1

## DECLARATION OF DEA REECE

I, Dea Reece, certify and declare as follows: I am over eighteen years of age and have personal knowledge of the facts set forth in this declaration and would testify competently to them under oath if called as a witness.

1. I am employed by Ernst & Young LLP ("Ernst & Young") in the position of People Consultant for employees in the Financial Services Office Assurance Practice in the Banking Capital Markets segment. I have been a People Consultant for eleven years.

2. As part of my regular job duties, I regularly use databases that contain employee information such as start dates and termination dates. I also regularly access employees' personnel files.

3. In my position, I am also familiar with the offer letters that are sent to staff to whom Ernst & Young extends offers of employment. The offer letters are ordinarily accompanied by various other documents, including a Confidentiality Agreement and Ernst & Young's Common Ground Dispute Resolution Program (the "Program").

4. According to Ernst & Young's records, Stephanie Sutherland commenced her employment as a staff at Ernst & Young on September 17, 2008. Ernst & Young terminated her employment effective December 8, 2009.

5. Attached as Exhibit A is a true and correct copy of the offer letter that Ernst & Young sent to Ms. Sutherland, which is located in Ms. Sutherland's personnel file.

6. Attached as Exhibit B is a true and correct copy of the Confidentiality Agreement executed by Ms. Sutherland, which is located in her personnel file.

7. Attached as Exhibit C is a true and correct copy of the version of the Program (AA7521) that is referenced in Ms. Sutherland's Confidentiality Agreement.

8. Attached as Exhibit D is a true and correct copy of the version of the Program (AA7523) that became effective on July 18, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 19, 2010, at New York, New York.

*/s/ Dea Reece*
Dea Reece