# Exhibit G

| | | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|
| 17-Sep-08 | 8 | | | 17-Sep-08 | 10 | | |
| 17-Sep-08 | 2 | | | | | | |
| 18-Sep-08 | 2 | | | 18-Sep-08 | 10 | | |
| 18-Sep-08 | 8 | | | | | | |
| 19-Sep-08 | 8 | | | 19-Sep-08 | 10 | | |
| 19-Sep-08 | 2 | | | | | | |
| 22-Sep-08 | 8 | | | 22-Sep-08 | 8 | 9/22/2008 - 9/28/08 | 40 |
| 23-Sep-08 | 8 | | | 23-Sep-08 | 8 | | |
| 24-Sep-08 | 8 | | | 24-Sep-08 | 8 | | |
| 25-Sep-08 | 8 | | | 25-Sep-08 | 8 | | |
| 26-Sep-08 | 8 | | | 26-Sep-08 | 8 | | |
| 29-Sep-08 | 8 | | | 29-Sep-08 | 8 | 9/29/08 - 10/5/08 | 40 |
| 30-Sep-08 | 8 | | | 30-Sep-08 | 8 | | |
| 01-Oct-08 | 8 | | | 01-Oct-08 | 8 | | |
| 02-Oct-08 | 8 | | | 02-Oct-08 | 8 | | |
| 03-Oct-08 | 8 | | | 03-Oct-08 | 8 | | |
| 06-Oct-08 | 8 | | | 06-Oct-08 | 8 | 10/6/2008-10/12/2008 | 40.5 |
| 07-Oct-08 | 8 | | | 07-Oct-08 | 8 | | |
| 08-Oct-08 | 8 | | | 08-Oct-08 | 8 | OT | 0.5 |
| 09-Oct-08 | 4 | | | 09-Oct-08 | 8.4 | | |
| 09-Oct-08 | 4 | | | | | | |
| 09-Oct-08 | 4.4 | | | | | | |
| 09-Oct-08 | -4 | | | <--NEG HOURS | | | |
| 10-Oct-08 | 8 | | | 10-Oct-08 | 8.1 | | |
| 10-Oct-08 | -8 | | | <--NEG HOURS | | | |
| 10-Oct-08 | 3.2 | | | | | | |
| 10-Oct-08 | 4.9 | | | | | | |
| 13-Oct-08 | 8 | | | 13-Oct-08 | 0 | 10/13/2008-10/19/2008 | 50 |
| 13-Oct-08 | -8 | | | | | | |
| 13-Oct-08 | 2 | | | | | | |
| 13-Oct-08 | 6 | | | | | OT | 10 |
| 14-Oct-08 | 8 | | | 14-Oct-08 | 8 | | |
| 14-Oct-08 | -8 | | | <--Neg Hours | | | |
| 14-Oct-08 | 8 | | | | | | |
| 15-Oct-08 | 8 | | | 15-Oct-08 | 8 | | |
| 15-Oct-08 | -8 | | | <--Neg Hours | | | |
| 15-Oct-08 | 8 | | | | | | |
| 16-Oct-08 | 8 | | | 16-Oct-08 | 8 | | |
| 16-Oct-08 | -8 | | | <--Neg Hours | | | |
| 16-Oct-08 | 8 | | | | | | |
| 17-Oct-08 | 8 | | | 17-Oct-08 | 8 | | |
| 17-Oct-08 | -8 | | | <--Neg Hours | | | |
| 17-Oct-08 | 8 | | | | | | |
| 18-Oct-08 | 7 | | | 18-Oct-08 | 7 | | |
| 19-Oct-08 | 3 | | | 19-Oct-08 | 3 | | |
| 20-Oct-08 | 8 | | | 20-Oct-08 | 8 | 10/20/2008-10/26/2008 | 40 |
| 21-Oct-08 | 8 | | | 21-Oct-08 | 8 | | |
| 22-Oct-08 | 3 | | | 22-Oct-08 | 8 | | |
| 22-Oct-08 | 5 | | | | | | |
| 23-Oct-08 | 8 | | | 23-Oct-08 | 8 | | |
| 24-Oct-08 | 8 | | | 24-Oct-08 | 8 | | |
| 27-Oct-08 | 8.5 | | | 27-Oct-08 | 8.5 | 10/27/2008-11/2/2008 | 44 |
| 28-Oct-08 | 9.5 | | | 28-Oct-08 | 9.5 | | |

| Date | Hours | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|
| 29-Oct-08 | 9.5 | | | 29-Oct-08 | 9.5 | **OT** | 4 |
| 30-Oct-08 | 3.5 | | | 30-Oct-08 | 8.5 | | |
| 30-Oct-08 | 5 | | | 31-Oct-08 | 8 | | |
| 31-Oct-08 | 8 | | | | | | |
| 03-Nov-08 | 8 | | | 03-Nov-08 | 8 | 11/3/2008-11/9/2008 | 40 |
| 04-Nov-08 | 8 | | | 04-Nov-08 | 8 | | |
| 05-Nov-08 | 8 | | | 05-Nov-08 | 8 | | |
| 06-Nov-08 | 8 | | | 06-Nov-08 | 8 | | |
| 07-Nov-08 | 8 | | | 07-Nov-08 | 8 | | |
| 10-Nov-08 | 8 | | | 10-Nov-08 | 8 | 11/10/2008-11/16/2008 | 40 |
| 11-Nov-08 | 8 | | | 11-Nov-08 | 8 | | |
| 12-Nov-08 | 8 | | | 12-Nov-08 | 8 | | |
| 13-Nov-08 | 8 | | | 13-Nov-08 | 8 | | |
| 14-Nov-08 | 8 | | | 14-Nov-08 | 8 | | |
| 17-Nov-08 | 8 | | | | | | |
| 17-Nov-08 | -8 | | | 17-Nov-08 | 8 | 11/17/2008-11/23/2008 | 40 |
| 17-Nov-08 | 8 | | | | | | |
| 18-Nov-08 | 8 | | | 18-Nov-08 | 8 | | |
| 18-Nov-08 | 8 | | | | | | |
| 18-Nov-08 | -8 | | | <--Neg Hours | | | |
| 19-Nov-08 | 8 | | | 19-Nov-08 | 8 | | |
| 19-Nov-08 | -8 | | | <--Neg Hours | | | |
| 19-Nov-08 | 8 | | | | | | |
| 20-Nov-08 | 8 | | | 20-Nov-08 | 8 | | |
| 20-Nov-08 | 8 | | | | | | |
| 20-Nov-08 | -8 | | | <--Neg Hours | | | |
| 21-Nov-08 | 8 | | | 21-Nov-08 | 8 | | |
| 21-Nov-08 | -8 | | | <--Neg Hours | | | |
| 21-Nov-08 | 8 | | | | | | |
| 24-Nov-08 | 8 | | | 24-Nov-08 | 8 | 11/24/2008--11/30/2008 | 40 |
| 25-Nov-08 | 8 | | | 25-Nov-08 | 8 | | |
| 26-Nov-08 | 8 | | | 26-Nov-08 | 8 | | |
| 27-Nov-08 | 8 | | | 27-Nov-08 | 8 | | |
| 28-Nov-08 | 8 | | | 28-Nov-08 | 8 | | |
| 01-Dec-08 | 9 | | | 01-Dec-08 | 9 | 12/1/2008-12/07/2008 | 43 |
| 02-Dec-08 | 9 | | | 02-Dec-08 | 9 | | |
| 03-Dec-08 | 8 | | | 03-Dec-08 | 8 | **OT** | 3 |
| 04-Dec-08 | 9 | | | 04-Dec-08 | 9 | | |
| 05-Dec-08 | 8 | | | 05-Dec-08 | 8 | | |
| 08-Dec-08 | 8 | | | 08-Dec-08 | 8 | 12/8/2008-12/14/2008 | 40 |
| 09-Dec-08 | 8 | | | 09-Dec-08 | 8 | | |
| 10-Dec-08 | 8 | | | 10-Dec-08 | 8 | | |
| 11-Dec-08 | 8 | | | 11-Dec-08 | 8 | | |
| 12-Dec-08 | 8 | | | 12-Dec-08 | 8 | | |
| 15-Dec-08 | 8 | | | 15-Dec-08 | 8 | 12/15/2008-12/21/2008 | 40 |
| 16-Dec-08 | 8 | | | 16-Dec-08 | 8 | | |
| 17-Dec-08 | 8 | | | 17-Dec-08 | 8 | | |
| 18-Dec-08 | 8 | | | 18-Dec-08 | 8 | | |
| 19-Dec-08 | 8 | | | 19-Dec-08 | 8 | | |
| 22-Dec-08 | 8 | | | 22-Dec-08 | 8 | 12/22/2008-12/28/2008 | 40 |
| 23-Dec-08 | 8 | | | 23-Dec-08 | 8 | | |

| | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|
| 24-Dec-08 | 8 | | 24-Dec-08 | 8 | | |
| 25-Dec-08 | 8 | | 25-Dec-08 | 8 | | |
| 26-Dec-08 | 8 | | 26-Dec-08 | 8 | | |
| 29-Dec-08 | 8 | | 29-Dec-08 | 8 | 12/29/2008-1/4/2009 | 40 |
| 30-Dec-08 | 8 | | 30-Dec-08 | 8 | | |
| 31-Dec-08 | 7 | | 31-Dec-08 | 8 | | |
| 31-Dec-08 | 1 | | | | | |
| 01-Jan-09 | 8 | | 01-Jan-09 | 8 | | |
| 02-Jan-09 | 8 | | 02-Jan-09 | 8 | | |
| 05-Jan-09 | 3 | | 05-Jan-09 | 8 | 1/5/2009-1/11/2009 | 40 |
| 05-Jan-09 | 5 | | | | | |
| 06-Jan-09 | 8 | | 06-Jan-09 | 8 | | |
| 07-Jan-09 | 3 | | 07-Jan-09 | 8 | | |
| 07-Jan-09 | 5 | | | | | |
| 07-Jan-09 | 3 | | | | | |
| 08-Jan-09 | 8 | | 08-Jan-09 | 8 | | |
| 09-Jan-09 | 1 | | 09-Jan-09 | 8 | | |
| 09-Jan-09 | 7 | | | | | |
| 12-Jan-09 | 12 | | 12-Jan-09 | 12 | 1/12/2009-1/18/2009 | 55 |
| 13-Jan-09 | 13 | | 13-Jan-09 | 13 | | |
| 14-Jan-09 | 11 | | 14-Jan-09 | 11 | **OT** | 15 |
| 15-Jan-09 | 10 | | 15-Jan-09 | 10 | | |
| 16-Jan-09 | 9 | | 16-Jan-09 | 9 | | |
| 19-Jan-09 | 9 | | 19-Jan-09 | 9 | 1/19/2009-1/25/2009 | 55 |
| 20-Jan-09 | 13.5 | | 20-Jan-09 | 13.5 | | |
| 21-Jan-09 | 13.5 | | 21-Jan-09 | 13.5 | **OT** | 15 |
| 22-Jan-09 | 9 | | 22-Jan-09 | 9 | | |
| 23-Jan-09 | 10 | | 23-Jan-09 | 10 | | |
| 26-Jan-09 | 10 | | 26-Jan-09 | 10 | 1/26/2009-2/1/2009 | 54 |
| 27-Jan-09 | 13 | | 27-Jan-09 | 13 | | |
| 28-Jan-09 | 11 | | 28-Jan-09 | 11 | **OT** | 14 |
| 29-Jan-09 | 10 | | 29-Jan-09 | 10 | | |
| 30-Jan-09 | 10 | | 30-Jan-09 | 10 | | |
| 02-Feb-09 | 11 | | 02-Feb-09 | 11 | 2/2/2009-2/8/2009 | 55 |
| 03-Feb-09 | 11 | | 03-Feb-09 | 11 | | |
| 04-Feb-09 | 11 | | 04-Feb-09 | 11 | **OT** | 15 |
| 05-Feb-09 | 11 | | 05-Feb-09 | 11 | | |
| 06-Feb-09 | 11 | | 06-Feb-09 | 11 | | |
| 09-Feb-09 | 11 | | 09-Feb-09 | 11 | 2/9/2009-2/15/2009 | 55 |
| 10-Feb-09 | 11 | | 10-Feb-09 | 11 | | |
| 11-Feb-09 | 11 | | 11-Feb-09 | 11 | **OT** | 15 |
| 12-Feb-09 | 11 | | 12-Feb-09 | 11 | | |
| 13-Feb-09 | 11 | | 13-Feb-09 | 11 | | |
| 16-Feb-09 | 11 | | 16-Feb-09 | 11 | 2/16/2009-2/22/2009 | 55 |
| 17-Feb-09 | 11 | | 17-Feb-09 | 11 | | |
| 18-Feb-09 | 11 | | 18-Feb-09 | 11 | **OT** | 15 |
| 19-Feb-09 | 11 | | 19-Feb-09 | 11 | | |
| 20-Feb-09 | 11 | | 20-Feb-09 | 11 | | |
| 23-Feb-09 | 11 | | 23-Feb-09 | 11 | 2/23/2009-3/1/2009 | 55 |
| 24-Feb-09 | 11 | | 24-Feb-09 | 11 | | |
| 25-Feb-09 | 11 | | 25-Feb-09 | 11 | **OT** | 15 |

| | | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|
| 26-Feb-09 | 11 | | | 26-Feb-09 | 11 | | |
| 27-Feb-09 | 11 | | | 27-Feb-09 | 11 | | |
| 02-Mar-09 | 11 | | | 02-Mar-09 | 11 | 3/2/2009-3/8/2009 | 55 |
| 03-Mar-09 | 11 | | | 03-Mar-09 | 11 | | |
| 04-Mar-09 | 11 | | | 04-Mar-09 | 11 | OT | 15 |
| 05-Mar-09 | 11 | | | 05-Mar-09 | 11 | | |
| 06-Mar-09 | 11 | | | 06-Mar-09 | 11 | | |
| 09-Mar-09 | 11 | | | 09-Mar-09 | 11 | 09-Mar-09 | 55 |
| 10-Mar-09 | 11 | | | 10-Mar-09 | 11 | | |
| 11-Mar-09 | 11 | | | 11-Mar-09 | 11 | OT | 15 |
| 12-Mar-09 | 11 | | | 12-Mar-09 | 11 | | |
| 13-Mar-09 | 11 | | | 13-Mar-09 | 11 | | |
| 16-Mar-09 | 8 | | | 16-Mar-09 | 8 | 3/16/2009-3/22/2009 | 40 |
| 17-Mar-09 | 8 | | | 17-Mar-09 | 8 | | |
| 18-Mar-09 | 8 | | | 18-Mar-09 | 8 | | |
| 19-Mar-09 | 8 | | | 19-Mar-09 | 8 | | |
| 20-Mar-09 | 8 | | | 20-Mar-09 | 8 | | |
| 23-Mar-09 | 8 | | | 23-Mar-09 | 8 | 3/23/2009-3/39/2009 | 40 |
| 24-Mar-09 | 8 | | | 24-Mar-09 | 8 | | |
| 25-Mar-09 | 4 | | | 25-Mar-09 | 8 | | |
| 25-Mar-09 | 4 | | | | | | |
| 26-Mar-09 | 8 | | | 26-Mar-09 | 8 | | |
| 27-Mar-09 | 8 | | | 27-Mar-09 | 8 | | |
| 30-Mar-09 | 8 | | | 30-Mar-09 | 8 | 3/30/2009-4/5/2009 | 40 |
| 31-Mar-09 | 8 | | | 31-Mar-09 | 8 | | |
| 01-Apr-09 | 8 | | | 01-Apr-09 | 8 | | |
| 02-Apr-09 | 8 | | | 02-Apr-09 | 8 | | |
| 03-Apr-09 | 8 | | | 03-Apr-09 | 8 | | |
| 06-Apr-09 | 8 | | | 06-Apr-09 | 8 | 4/6/2009-4/12/2009 | 40 |
| 07-Apr-09 | 8 | | | 07-Apr-09 | 8 | | |
| 08-Apr-09 | 8 | | | 08-Apr-09 | 8 | | |
| 09-Apr-09 | 8 | | | 09-Apr-09 | 8 | | |
| 10-Apr-09 | 8 | | | 10-Apr-09 | 8 | | |
| 13-Apr-09 | 8 | | | 13-Apr-09 | 8 | 4/13/2009-4/19/2009 | 40 |
| 14-Apr-09 | 8 | | | 14-Apr-09 | 8 | | |
| 15-Apr-09 | 8 | | | 15-Apr-09 | 8 | | |
| 16-Apr-09 | 8 | | | 16-Apr-09 | 8 | | |
| 17-Apr-09 | 8 | | | 17-Apr-09 | 8 | | |
| 20-Apr-09 | 8 | | | 20-Apr-09 | | 4/20/2009-4/26/2009 | 40 |
| 21-Apr-09 | 8 | | | 21-Apr-09 | 8 | | |
| 21-Apr-09 | -8 | | | <---Neg Hours | | | |
| 21-Apr-09 | 8 | | | | | | |
| 22-Apr-09 | 8 | | | 22-Apr-09 | 8 | | |
| 22-Apr-09 | 8 | | | | | | |
| 22-Apr-09 | -8 | | | <---Neg Hours | | | |
| 23-Apr-09 | 8 | | | 23-Apr-09 | 8 | | |
| 23-Apr-09 | -8 | | | <---Neg Hours | | | |
| 23-Apr-09 | 8 | | | | | | |
| 24-Apr-09 | 8 | | | 24-Apr-09 | 8 | | |
| 24-Apr-09 | -8 | | | <---Neg Hours | | | |
| 24-Apr-09 | 8 | | | | | | |
| 27-Apr-09 | 8 | | | 27-Apr-09 | 8 | 4/27/2009-5/3/2009 | 40 |

| | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|
| 27-Apr-09 | -8 | | <--Neg Hours | | | |
| 27-Apr-09 | 8 | | | | | |
| 28-Apr-09 | 8 | | 28-Apr-09 | 8 | | |
| 28-Apr-09 | -8 | | <--Neg Hours | | | |
| 28-Apr-09 | 8 | | | | | |
| 29-Apr-09 | 8 | | 29-Apr-09 | 8 | | |
| 29-Apr-09 | -8 | | <--Neg Hours | | | |
| 29-Apr-09 | 8 | | | | | |
| 30-Apr-09 | 8 | | 30-Apr-09 | 8 | | |
| 30-Apr-09 | -8 | | <--Neg Hours | | | |
| 30-Apr-09 | 8 | | | | | |
| 01-May-09 | 8 | | 01-May-09 | 8 | | |
| 01-May-09 | 8 | | | | | |
| 01-May-09 | -8 | | <--Neg Hours | | | |
| 04-May-09 | 8 | | 04-May-09 | 8 | 5/4/2009-5/10/2009 | 40 |
| 04-May-09 | 8 | | | | | |
| 04-May-09 | -8 | | <--Neg Hours | | | |
| 05-May-09 | 8 | | 05-May-09 | 8 | | |
| 05-May-09 | -8 | | <--Neg Hours | | | |
| 05-May-09 | 8 | | | | | |
| 06-May-09 | 8 | | 06-May-09 | 8 | | |
| 06-May-09 | -8 | | <--Neg Hours | | | |
| 06-May-09 | 8 | | | | | |
| 07-May-09 | 8 | | 07-May-09 | 8 | | |
| 07-May-09 | 8 | | | | | |
| 07-May-09 | -8 | | <--Neg Hours | | | |
| 08-May-09 | 8 | | 08-May-09 | 8 | | |
| 11-May-09 | 8 | | 11-May-09 | 8 | 5/11/2009-5/17/2009 | 40 |
| 12-May-09 | 2 | | 12-May-09 | 8 | | |
| 12-May-09 | 6 | | | | | |
| 13-May-09 | 8 | | 13-May-09 | 8 | | |
| 14-May-09 | 8 | | 14-May-09 | 8 | | |
| 15-May-09 | 8 | | 15-May-09 | 8 | | |
| 18-May-09 | 8 | | 18-May-09 | 8 | 5/18/2009-5/24/2008 | |
| 19-May-09 | 8 | | 19-May-09 | 8 | | |
| 19-May-09 | 8 | | | | | |
| 19-May-09 | -8 | | <--Neg Hours | | | |
| 20-May-09 | 8 | | 20-May-09 | 8 | | |
| 20-May-09 | 8 | | | | | |
| 20-May-09 | -8 | | <--Neg Hours | | | |
| 21-May-09 | 8 | | 21-May-09 | 8 | | |
| 22-May-09 | 8 | | 22-May-09 | 8 | | |
| 25-May-09 | 8 | | 25-May-09 | 8 | 5/25/2009-5/31/2009 | 40 |
| 26-May-09 | 8 | | 26-May-09 | 8 | | |
| 27-May-09 | 8 | | 27-May-09 | 8 | | |
| 28-May-09 | 8 | | 28-May-09 | 8 | | |
| 29-May-09 | 8 | | 29-May-09 | 8 | | |
| 01-Jun-09 | 8 | | 01-Jun-09 | 8 | 6/1/2009-6/7/2009 | 40 |
| 02-Jun-09 | 8 | | 02-Jun-09 | 8 | | |
| 03-Jun-09 | 8 | | 03-Jun-09 | 8 | | |
| 03-Jun-09 | -8 | | <--Neg Hours | | | |
| 03-Jun-09 | 8 | | | | | |
| 04-Jun-09 | 8 | | 04-Jun-09 | 8 | | |
| 05-Jun-09 | 8 | | 05-Jun-09 | 8 | | |

| | | | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|
| 08-Jun-09 | 8 | | | | 08-Jun-09 | 8 | 6/8/2009-6/14/2009 | 40 |
| 09-Jun-09 | 8 | | | | 09-Jun-09 | 8 | | |
| 10-Jun-09 | 8 | | | | 10-Jun-09 | 8 | | |
| 11-Jun-09 | 8 | | | | 11-Jun-09 | 8 | | |
| 12-Jun-09 | 8 | | | | 12-Jun-09 | 8 | | |
| 15-Jun-09 | 8 | | | | 15-Jun-09 | 8 | 6/15/2009-6/21/2009 | 40 |
| 16-Jun-09 | 8 | | | | 16-Jun-09 | 8 | | |
| 17-Jun-09 | 8 | | | | 17-Jun-09 | 8 | | |
| 18-Jun-09 | 8 | | | | 18-Jun-09 | 8 | | |
| 19-Jun-09 | 8 | | | | 19-Jun-09 | 8 | | |
| 22-Jun-09 | 8 | | | | 22-Jun-09 | 8 | 6/22/2009-6/28/2009 | 40 |
| 23-Jun-09 | 8 | | | | 23-Jun-09 | 8 | | |
| 24-Jun-09 | 8 | | | | 24-Jun-09 | 8 | | |
| 25-Jun-09 | 1 | | | | 25-Jun-09 | 8 | | |
| 25-Jun-09 | 7 | | | | | | | |
| 26-Jun-09 | 8 | | | | 26-Jun-09 | 8 | | |
| 29-Jun-09 | 8 | | | | 29-Jun-09 | 8 | 6/29/2009-7/5/2009 | 40 |
| 30-Jun-09 | 8 | | | | 30-Jun-09 | 8 | | |
| 01-Jul-09 | 8 | | | | 01-Jul-09 | 8 | | |
| 02-Jul-09 | 8 | | | | 02-Jul-09 | 8 | **Total Overtime** | 151.5 |
| 03-Jul-09 | 8 | | | | 03-Jul-09 | 8 | | |
| | | | | | | **Total Neg Hours:** | -212 |

| TRANS_DT | HOURS | STATE | HOURS_DESCR | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|---|
| 06-Jul-09 | 8 | | | | 06-Jul-09 | 8 | 7/6/2009-7/12/2009 | 40 |
| 07-Jul-09 | 8 | | | | 07-Jul-09 | 8 | | |
| 08-Jul-09 | 8 | | | | 08-Jul-09 | 8 | | |
| 09-Jul-09 | 8 | | | | 09-Jul-09 | 8 | | |
| 10-Jul-09 | 8 | | | | 10-Jul-09 | 8 | | |
| 13-Jul-09 | 8 | | | | 13-Jul-09 | 8 | 7/13/2009-7/19/2009 | 40 |
| 14-Jul-09 | 8 | | | | 14-Jul-09 | 8 | | |
| 15-Jul-09 | 8 | | | | 15-Jul-09 | 8 | | |
| 16-Jul-09 | 8 | | | | 16-Jul-09 | 8 | | |
| 17-Jul-09 | 8 | | | | 17-Jul-09 | 8 | | |
| 20-Jul-09 | 8 | | | | 20-Jul-09 | 8 | 7/20/2009-7/26/2009 | 40 |
| 21-Jul-09 | 8 | | | | 21-Jul-09 | 8 | | |
| 22-Jul-09 | 8 | | | | 22-Jul-09 | 8 | | |
| 23-Jul-09 | 8 | | | | 23-Jul-09 | 8 | | |
| 24-Jul-09 | 4 | | | | 24-Jul-09 | 8 | | |
| 24-Jul-09 | 4 | | | | | | | |
| 27-Jul-09 | 8 | | | | 27-Jul-09 | 8 | 7/27/2009-8/2/2009 | 40 |
| 27-Jul-09 | -8 | | | | <--Neg Hours | | | |
| 27-Jul-09 | 8 | | | | | | | |
| 28-Jul-09 | 8 | | | | 28-Jul-09 | 8 | | |
| 28-Jul-09 | 8 | | | | | | | |
| 28-Jul-09 | -8 | | | | <--Neg Hours | | | |
| 29-Jul-09 | 8 | | | | 29-Jul-09 | 8 | | |
| 29-Jul-09 | 8 | | | | | | | |
| 29-Jul-09 | -8 | | | | <--Neg Hours | | | |
| 30-Jul-09 | 8 | | | | 30-Jul-09 | 8 | | |
| 30-Jul-09 | 8 | | | | | | | |
| 30-Jul-09 | -8 | | | | <--Neg Hours | | | |
| 31-Jul-09 | 8 | | | | 31-Jul-09 | 8 | | |
| 31-Jul-09 | -8 | | | | <--Neg Hours | | | |
| 31-Jul-09 | 8 | | | | | | | |
| 03-Aug-09 | 8 | | | | 03-Aug-09 | 8 | 8/3/2009-8/9/2009 | 40 |
| 04-Aug-09 | 8 | | | | 04-Aug-09 | 8 | | |
| 05-Aug-09 | 8 | | | | 05-Aug-09 | 8 | | |
| 06-Aug-09 | 8 | | | | 06-Aug-09 | 8 | | |
| 07-Aug-09 | 8 | | | | 07-Aug-09 | 8 | | |
| 10-Aug-09 | 8 | | | | 10-Aug-09 | 8 | 8/10/2009-8/16/2009 | 40 |
| 11-Aug-09 | 8 | | | | 11-Aug-09 | 8 | | |
| 12-Aug-09 | 8 | | | | 12-Aug-09 | 8 | | |
| 13-Aug-09 | 8 | | | | 13-Aug-09 | 8 | | |
| 14-Aug-09 | 6 | | | | 14-Aug-09 | 8 | | |
| 14-Aug-09 | 2 | | | | | | | |
| 14-Aug-09 | -6 | | | | <--Neg Hours | | | |
| 14-Aug-09 | 6 | | | | | | | |
| 17-Aug-09 | 2 | | | | 17-Aug-09 | 8 | 8/17/2009-8/23/2009 | |
| 17-Aug-09 | 6 | | | | | | | |
| 17-Aug-09 | 6 | | | | | | | |
| 17-Aug-09 | -6 | | | | <--Neg Hours | | | |

| TRANS_DT | HOURS | STATE | HOURS_DESCR_ | | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|---|
| 18-Aug-09 | 8 | | | | 18-Aug-09 | 8 | | |
| 18-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 18-Aug-09 | 8 | | | | | | | |
| 19-Aug-09 | 8 | | | | 19-Aug-09 | 8 | | |
| 19-Aug-09 | 8 | | | | | | | |
| 19-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 20-Aug-09 | 8 | | | | 20-Aug-09 | 8 | | |
| 20-Aug-09 | 8 | | | | | | | |
| 20-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 21-Aug-09 | 8 | | | | 21-Aug-09 | 8 | | |
| 21-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 21-Aug-09 | 8 | | | | | | | |
| 24-Aug-09 | 8 | | | | 24-Aug-09 | 8 | 8/24/2009-8/30/2009 | 40 |
| 25-Aug-09 | 2 | | | | 25-Aug-09 | 8 | | |
| 25-Aug-09 | 6 | | | | | | | |
| 25-Aug-09 | 2 | | | | | | | |
| 25-Aug-09 | -2 | | | | <--Neg Hours | | | |
| 26-Aug-09 | 8 | | | | 26-Aug-09 | 8 | | |
| 26-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 26-Aug-09 | 8 | | | | | | | |
| 27-Aug-09 | 8 | | | | 27-Aug-09 | 8 | | |
| 28-Aug-09 | 2 | | | | 28-Aug-09 | 8 | | |
| 28-Aug-09 | 6 | | | | | | | |
| 31-Aug-09 | 8 | | | | 31-Aug-09 | 8 | 8/31/2009-9/6/2009 | 40 |
| 31-Aug-09 | 8 | | | | | | | |
| 31-Aug-09 | -8 | | | | <--Neg Hours | | | |
| 01-Sep-09 | 8 | | | | 01-Sep-09 | 8 | | |
| 01-Sep-09 | 8 | | | | | | | |
| 01-Sep-09 | -8 | | | | <--Neg Hours | | | |
| 02-Sep-09 | 8 | | | | 02-Sep-09 | 8 | | |
| 02-Sep-09 | 8 | | | | | | | |
| 02-Sep-09 | -8 | | | | <--Neg Hours | | | |
| 03-Sep-09 | 6 | | | | 03-Sep-09 | 8 | | |
| 03-Sep-09 | 2 | | | | | | | |
| 04-Sep-09 | 8 | | | | 04-Sep-09 | 8 | | |
| 07-Sep-09 | 8 | | | | 07-Sep-09 | 8 | 9/7/2009-9/13/2009 | 40 |
| 08-Sep-09 | 5 | | | | 08-Sep-09 | 8 | | |
| 08-Sep-09 | 3 | | | | | | | |
| 08-Sep-09 | 5 | | | | | | | |
| 08-Sep-09 | -5 | | | | | | | |
| 09-Sep-09 | 2 | | | | 09-Sep-09 | 8 | | |
| 09-Sep-09 | 6 | | | | | | | |
| 09-Sep-09 | 6 | | | | | | | |
| 09-Sep-09 | -6 | | | | | | | |
| 10-Sep-09 | 8 | | | | 10-Sep-09 | 8 | | |
| 11-Sep-09 | 4 | | | | 11-Sep-09 | 8 | | |
| 11-Sep-09 | 4 | | | | | | | |
| 11-Sep-09 | 4 | | | | | | | |

| TRANS DT | HOURS | STATE | HOURS DESCR | Full Day | Hours | Full Week | Hours |
|---|---|---|---|---|---|---|---|
| 11-Sep-09 | -4 | | | | | | |
| 14-Sep-09 | 8 | | | 14-Sep-09 | 8 | 9/14/2009-9/20/2009 | 40 |
| 15-Sep-09 | 4 | | | 15-Sep-09 | 8 | | |
| 15-Sep-09 | 4 | | | | | | |
| 15-Sep-09 | 8 | | | | | | |
| 15-Sep-09 | -4 | | | | | | |
| 15-Sep-09 | -4 | | | | | | |
| 16-Sep-09 | 4 | | | 16-Sep-09 | 8 | | |
| 16-Sep-09 | 4 | | | | | | |
| 16-Sep-09 | -4 | | | | | | |
| 16-Sep-09 | -4 | | | | | | |
| 16-Sep-09 | 8 | | | | | | |
| 17-Sep-09 | 8 | | | 17-Sep-09 | 8 | | |
| 18-Sep-09 | 8 | | | 18-Sep-09 | 8 | | |
| 21-Sep-09 | 8 | | | 21-Sep-09 | 8 | 9/21/2009-9/27/2009 | 40 |
| 22-Sep-09 | 8 | | | 22-Sep-09 | 8 | | |
| 23-Sep-09 | 8 | | | 23-Sep-09 | 8 | | |
| 24-Sep-09 | 4 | | | 24-Sep-09 | 8 | | |
| 24-Sep-09 | 4 | | | | | | |
| 25-Sep-09 | 8 | | | 25-Sep-09 | 8 | | |
| 28-Sep-09 | 8 | | | 28-Sep-09 | 8 | 9/28/2009-10/4/2009 | 40 |
| 29-Sep-09 | 4 | | | 29-Sep-09 | 8 | | |
| 29-Sep-09 | 4 | | | | | | |
| 30-Sep-09 | 4 | | | 30-Sep-09 | 8 | | |
| 30-Sep-09 | 4 | | | | | | |
| 01-Oct-09 | 8 | | | 01-Oct-09 | 8 | | |
| 02-Oct-09 | 8 | | | 02-Oct-09 | 8 | | |
| 02-Oct-09 | 8 | | | | | | |
| 02-Oct-09 | -8 | | | <--Neg Hours | | | |
| 05-Oct-09 | 8 | | | 05-Oct-09 | 8 | 10/5/2009-10/11/2009 | 40 |
| 06-Oct-09 | 8 | | | 06-Oct-09 | 8 | | |
| 07-Oct-09 | 8 | | | 07-Oct-09 | 8 | | |
| 08-Oct-09 | 8 | | | 08-Oct-09 | 8 | | |
| 09-Oct-09 | 8 | | | 09-Oct-09 | 8 | | |
| 12-Oct-09 | 8 | | | 12-Oct-09 | 8 | 10/12/2009-10/18/2009 | 40 |
| 13-Oct-09 | 8 | | | 13-Oct-09 | 8 | | |
| 14-Oct-09 | 8 | | | 14-Oct-09 | 8 | | |
| 15-Oct-09 | 8 | | | 15-Oct-09 | 8 | | |
| 16-Oct-09 | 8 | | | 16-Oct-09 | 8 | | |
| 19-Oct-09 | 8 | | | 19-Oct-09 | 8 | 10/19/2009-10/25/2009 | 40 |
| 20-Oct-09 | 8 | | | 20-Oct-09 | 8 | | |
| 21-Oct-09 | 8 | | | 21-Oct-09 | 8 | | |
| 22-Oct-09 | 8 | | | 22-Oct-09 | 8 | | |
| 23-Oct-09 | 2 | | | 23-Oct-09 | 8 | | |
| 23-Oct-09 | 6 | | | | | | |
| 26-Oct-09 | 8 | | | 26-Oct-09 | 8 | 10/26/2009-11/1/2009 | 40 |
| 27-Oct-09 | 4 | | | 27-Oct-09 | 8 | | |
| 27-Oct-09 | 4 | | | | | | |
| 28-Oct-09 | 4 | | | 28-Oct-09 | 8 | | |
| 28-Oct-09 | 4 | | | | | | |

| TRANS_DT | HOURS | STATE | HOURS_DESCR | | Full Day | Hours | Full Week | Hours |
|----------|-------|-------|-------------|--|----------|-------|-----------|-------|
| 29-Oct-09 | 4 | | | | 29-Oct-09 | 8 | | |
| 29-Oct-09 | 4 | | | | | | | |
| 30-Oct-09 | 4 | | | | 30-Oct-09 | 8 | | |
| 30-Oct-09 | 4 | | | | | | | |
| 02-Nov-09 | 8 | | | | 02-Nov-09 | 8 | 11/2/2009-11/8/2009 | 40 |
| 03-Nov-09 | 8 | | | | 03-Nov-09 | 8 | | |
| 04-Nov-09 | 8 | | | | 04-Nov-09 | 8 | | |
| 05-Nov-09 | 8 | | | | 05-Nov-09 | 8 | | |
| 06-Nov-09 | 8 | | | | 06-Nov-09 | 8 | | |
| 09-Nov-09 | 8 | | | | 09-Nov-09 | 8 | 11/9/2009-11/15/2009 | 40 |
| 10-Nov-09 | 8 | | | | 10-Nov-09 | 8 | | |
| 11-Nov-09 | 8 | | | | 11-Nov-09 | 8 | | |
| 12-Nov-09 | 8 | | | | 12-Nov-09 | 8 | | |
| 13-Nov-09 | 8 | | | | 13-Nov-09 | 8 | | |
| 16-Nov-09 | 8 | | | | 16-Nov-09 | 8 | 11/16/2009-11/22/2009 | 40 |
| 17-Nov-09 | 8 | | | | 17-Nov-09 | 8 | | |
| 18-Nov-09 | 8 | | | | 18-Nov-09 | 8 | | |
| 19-Nov-09 | 8 | | | | 19-Nov-09 | 8 | | |
| 20-Nov-09 | 8 | | | | 20-Nov-09 | 8 | | |
| 23-Nov-09 | 8 | | | | 23-Nov-09 | 8 | 11/23/2009-11/29/2009 | 40 |
| 24-Nov-09 | 8 | | | | 24-Nov-09 | 8 | | |
| 25-Nov-09 | 8 | | | | 25-Nov-09 | 8 | | |
| 26-Nov-09 | 8 | | | | 26-Nov-09 | 8 | | |
| 27-Nov-09 | 8 | | | | 27-Nov-09 | 8 | **Total Neg Hours:** | -157 |