# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/10

DANIEL L. NASH
202.887.4067/fax, 202.887.4288
dnash@akingump.com

# MEMO ENDORSED

October 14, 2010

<u>VIA FACSIMILE</u>

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Sutherland v. Ernst & Young LLP* (No. 10-CV-3332 (KMW))

Dear Honorable Judge Wood:

Ernst & Young LLP respectfully requests modification of the case schedule pending resolution of its motion to dismiss, or in the alternative, stay proceedings and compel arbitration.

The Court's September 16, 2010 order requires Ernst & Young to conduct discovery concerning plaintiff's expert by October 23, 2010, and file its expert report by November 1, 2010. This discovery would unnecessarily consume the parties' time and expense should the pending motion be granted. To avoid potentially unnecessary discovery, Ernst & Young proposes that the deposition of plaintiff's expert be completed within 21 days after plaintiff files her motion for class certification (currently due November 19, 2010) and that plaintiff's deposition of Ernst & Young's expert be completed within 21 days after Ernst & Young files its opposition to the class motion (currently due December 17, 2010). This proposed sequence of events is the same as in the California lawsuit. In the alternative, Ernst & Young requests that all the dates in the September 16 order be continued 30 days, so that the parties need not engage in potentially unnecessary discovery or other proceedings while the arbitration motion is pending.

*[Handwritten annotation: Requests denied. KMW]*

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Honorable Judge Wood
October 14, 2010
Page 2

    We have conferred with plaintiff's counsel, who does not consent to either modification of the schedule.

Respectfully submitted,

Daniel L Nash (ED)

Daniel L. Nash
Estela Díaz

cc:    Max Folkenflik, Esq. (via e-mail)

*The Court declines to alter the existing schedule.*

SO ORDERED: 10/18/10

Kimba M. Wood
KIMBA M. WOOD
U. S. D. J.