```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEPHANIE SUTHERLAND,                :

                Plaintiff,           :      ORDER

        -against-                    :      10 Civ. 3332 (KMW) (MHD)

ERNST & YOUNG, LLP,                  :

                                     :
                Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **FRIDAY, MARCH 4, 2011 at 10:00 AM,** at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
       **February 11, 2011**

                                SO ORDERED.

                                _____
                                MICHAEL H. DOLINGER
                                UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Max Folkenflik, Esq.
Fax: (212) 757-2010

Leon Marc Greenberg
Fax: (702) 385-1827

Gregory W. Knopp, Esq.
Catherine A. Conway, Esq.
Fax: (310) 229-1001

Daniel L. Nash, Esq.
Joel M. Cohn, Esq.
Fax: (202)-887-4288

Estela Diaz, Esq.
Fax: (212) 872-1002