# AKIN GUMP
# STRAUSS HAUER & FELD
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/11

DANIEL L. NASH
202.887.4067/fax: 202.887.4288
dnash@akingump.com

April 21, 2011

VIA FACSIMILE

The Honorable Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

APR 2 2 2011

Re:  *Sutherland v. Ernst & Young LLP* (No. 10-CV-3332 (KMW)(MHD))

Dear Honorable Judge Dolinger:

We write in reference to plaintiff Stephanie Sutherland's letter of today's date seeking to compel responses to certain interrogatories. With the Court's permission, Ernst & Young will respond to plaintiff's letter by April 29, 2011.

Respectfully submitted,

*Daniel L. Nash/ED*

Daniel L. Nash
Gregory W. Knopp

cc:   Max Folkenflik, Esq. *(via e-mail)*

ENDORSED
ORDER

Application granted.

[signature]
4/22/11